RECEIPT #
AMOUNT $
SUMMONS ISSUED
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY. CLK.
DATE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
Defendant

C.A. No. 04 12324 EFH

## COMPLAINT

MAGISTRATE JUDGE

### NATURE OF ACTION

1. This is a claim brought pursuant to the Miller Act, 40 U.S.C. §270a *et seq*, by the Trustees of multi-employer benefit plans and a labor union, to recover unpaid fringe benefit contributions and dues due the plans and Union for work performed under a Miller Act bond.

### JURISDICTION

2. The Court has jurisdiction of this action pursuant to 40 U.S.C. §270a, without respect to the amount in controversy or the citizenship of the parties.

### PARTIES

3. Plaintiffs Louis G. Rasetta and John J. Shaughnessy are Trustees of the International Union of Operating Engineers Local 4 Health and Welfare Fund. The International

Union of Operating Engineers Local 4 Health and Welfare Fund is an "employee welfare benefit plan" within the meaning of §3(3) of ERISA, 29 U.S.C. §1002(3). The Fund is administered at 177 Bedford Street, Lexington, Massachusetts, within this judicial district.

4.  Plaintiffs Louis G. Rasetta and John J. Shaughnessy are Trustees of the International Union of Operating Engineers Local 4 Pension Fund. The International Union of Operating Engineers Local 4 Pension Fund is an "employee pension benefit plan" within the meaning of §3(2) of ERISA, 29 U.S.C. §1002(2)(A). The Fund is administered at 177 Bedford Street, Lexington, Massachusetts, within this judicial district.

5.  Plaintiffs Louis G. Rasetta and John J. Shaughnessy are Trustees of the International Union of Operating Engineers Local 4 Annuity Fund. The International Union of Operating Engineers Local 4 Annuity Fund is an "employee pension benefit plan" within the meaning of §3(2)(A) of ERISA, 29 U.S.C. §1002(2)(A). The Fund is administered at 177 Bedford Street, Lexington, Massachusetts, within this judicial district.

6.  Plaintiffs Louis G. Rasetta and Christopher Barletta are Trustees of the Hoisting and Portable Engineers Local 4 Apprenticeship and Training Fund. The Hoisting and Portable Engineers Local 4 Apprenticeship and Training Fund is an "employee welfare benefit plan" within the meaning of §3(1) of ERISA, 29 U.S.C. §1002(1). The Fund is administered at One Engineers Way, Canton, Massachusetts, within this judicial district.

7.  The Health and Welfare, Pension, Annuity, Apprenticeship and Training Funds are multi-employer plans within the meaning of §3(37) of ERISA, 29 U.S.C. §1002(37). They are hereinafter collectively referred to as "the Funds."

8.  The International Union of Operating Engineers, Local 4 ("Local 4" or "the Union") is a labor organization within the meaning of §301 of the LMRA, 29 U.S.C. §185.

Local 4 has a principal place of business at 53 Trotter Drive, Medway, Massachusetts, within this judicial district.

9.  Defendant Travelers Casualty and Surety Company of America ("Travelers") is a surety company with a principal place of business at One Tower Square, Hartford, Connecticut.

## GENERAL ALLEGATIONS OF FACT

10. ODF/Hoon/Peabody, Joint Venture ("Joint Venture") is the general contractor on a construction project identified as Academy Homes II ("Academy") and, as required by the owner, Massachusetts Housing Finance Agency, the Joint Venture executed and furnished a labor and material payment bond with respect to this Project, naming itself as Principal and defendant Travelers as Surety. A copy of that bond is attached hereto as Exhibit A.

11. The Joint Venture thereafter subcontracted certain work on the Academy Homes job to ODF.

12. At all times relevant hereto, ODF was signatory to and bound by a collective bargaining agreement with the International Union of Operating Engineers Local 4 ("Union") that is effective from June, 1999 through May, 2005 ("the Agreement"). A copy of ODF's Letter of Assent is attached hereto as Exhibit B. Copies of the collective bargaining agreement and rate sheet are attached hereto as Exhibit C.

13. The collective bargaining agreement requires employers to make contributions to the plaintiff Funds for each payroll hour for each person covered by the Agreement, in accordance with the rates set forth on the Schedules of Wages.

14. Pursuant to the Agreement, ODF is also obligated to deduct and remit a negotiated percentage of the gross wage package, before taxes, for union dues.

15. Finally, the Agreement requires employers to pay interest at the rate of 1% per month on all contributions not received at the Fund Office by the last day of the month following the month during which the work was performed and cover all costs, inclusive of legal fees, incurred by the Union or the Funds in the collection of the delinquent contributions.

## **VIOLATION OF 40 U.S.C. §270a *ET SEQ***

16. Plaintiffs hereby repeat and incorporate by reference paragraphs 1 through 15 as set forth in their entirety herein.

17. At various times between June and December, 2003, ODF sought and obtained operators from the Union to work on the Academy Homes job.

18. ODF failed to pay all contributions due the Funds for the work these operators performed.

19. By certified and regular mail dated December 9 and 24, 2003, the Funds and Union notified the Owner, Peabody Construction Co. and defendant Travelers of their claims that ODF owed at least $65,927.41 in contributions through October 25, 2003. The correspondence stated expressly that the amount claimed did not include contributions owed for work performed during the week ending September 6, 2003, for which records were missing. Neither did it include claims for contributions owed for work performed after October 25, 2003. Copies of those letters are attached hereto as Exhibit D.

20. By letter dated December 24, 2003, the plaintiffs submitted a Freedom of Information Act request to the Owner, seeking copies of certified payroll records submitted by ODF for the period October 25, 2003 forward. Those records were provided by the Owner and by the U.S. Department of Housing and Urban Development at various times between February 11 and April, 2004.

21.  Based on the records received in February, the plaintiffs revised their claim and provided notice, by letter dated March 5, 2004, of the revised claim in the amount of $87,242.17, representing the delinquent contributions and dues owed through December 27, 2003. A copy of that correspondence is attached hereto as Exhibit E.

22.  Thereafter, the Funds received payroll records from former ODF employees demonstrating additional hours worked through January 10, 2004. Adding the contributions owed for those hours, and for additional hours owed for January and February, 2003 which were not included on the initial claim, the Funds have determined that Travelers owes a total of $108,539.49 in delinquent contributions, dues and interest for work performed at Academy Homes between January, 2003 and January, 2004.

23.  To date, defendant Travelers has failed to pay this claim.

24.  Travelers' failure to pay the contributions, interest, dues, fees and costs owed on the Academy Homes job is in violation of 40 U.S.C. §270a *et seq* and in breach of the terms of the bond.

## PRAYER FOR RELIEF

WHEREFORE, the plaintiffs respectfully pray for judgment as follows:

1.  Enter judgment in favor of the plaintiffs in the amount of $103,539.49, representing the unpaid fringe benefit contributions, interest and dues, together with reasonable attorneys' fees, and costs; and

2.  Such further and other relief as this Court deems appropriate.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF

5

OPERATING ENGINEERS LOCAL 4
HEALTH AND WELFARE FUND, et al,

By their attorneys,

*[signature]*

Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: November 1, 2004

ARS/ars&ts
3118 03-391/complt-travelers.doc