1999-2003

# MASTER DOCUMENT

with

# CONTRACT EXTENSION

# to May 31, 2005

and

Provisions of the Agreements

between



INTERNATIONAL UNION OF
OPERATING ENGINEERS
Local 4 and its Branches

and

Labor Relations Division of
Construction Industries of Massachusetts

Foundation & Marine Contractors
Association of New England, Inc.

Building Trades Employers Association
of Boston and Eastern Massachusetts

Labor Relations Division of the
Associated General Contractors of
Massachusetts, Inc.

# PART TWO
# MASTER DOCUMENT

*Part Two – Article XI*

## HEALTH & WELFARE, PENSION, ANNUITY, ANNUITY & SAVINGS COOPERATIVE TRUST AND APPRENTICE PROGRAM FUNDS

*Section 1.* Each Employer who is a party to this Agreement agrees to and shall pay and contribute an amount equal to that shown under "Schedule of Wages" in this Agreement to the following Funds:

(a) International Union of Operating Engineers Local 4 Health and Welfare Fund, hereinafter referred to as the "Welfare Fund."

(b) International Union of Operating Engineers Local 4 Pension Fund, hereinafter referred to as the "Pension Fund."

(c) International Union of Operating Engineers Local 4 Annuity and Annuity & Savings 401(k) Fund, hereinafter referred to as the "Annuity and Annuity & Savings Funds."

(d) Hoisting and Portable Engineers Local 4 Apprentice and Training Program, hereinafter referred to as the "Apprentice Program Fund."

(e) International Union of Operating Engineers Local 4 Labor Management Cooperative Trust, hereinafter referred to as the "Cooperative Trust."



*Section 2.* The respective rates per hour as shown in the "Schedule of Wages" in the Agreement shall be paid for each payroll hour (with the exception of Annuity contributions, an overtime hour for this purpose shall be considered a single hour) and proportionately for each part of such an hour for each person covered by this Agreement and employed on construction projects on which the Employer shall be engaged or otherwise in the hire of the Employer. Overtime contributions to the Annuity Fund shall be paid at time and one-half for all classifications of overtime.

(a) Upon proper written authorization on a form furnished by the Local Union, the Employer may withhold from the employee's gross wage before any deduction for taxes, an amount as established from time to time by the Annuity Trustees, for deposit in the Annuity & Savings 401(k) Plan, a Retirement Plan intended to qualify under the Employee Retirement Income Security Act of 1974 (ERISA).

*Section 3.* On or before the tenth day of each month, the said payment shall be due and payable for all such payroll periods ending the next preceding month; but in the case of operations of less than a month's duration, or in the case of Employers who are repeatedly delinquent in payments, the payment shall be due weekly and payable within three (3) days after the end of the payroll week.

*Section 4.* Payments not received at the Fund Office by the last day of the month following the

month during which the work was performed will be assessed interest at the rate of one (1%) percent per month.

*Section 5.* The Employer agrees that the obligations to make payments shall be on a parity with and enforceable, with respect to each Fund, as the obligation to pay wages, and this inclusive of the priorities incident to and in proceedings for the relief of debtors; and this Article shall bind all legal representatives, successors, and assigns of an Employer.

*Section 6.* The Trustees, or representatives when authorized by the Trustees in each case, shall have the right to inspect at all reasonable times, the individual payroll records and such other records of an Employer as are deemed necessary and pertinent to determine whether such Employer is making due and full payment of its Employer Contributions.

*Section 7.* Failure of the Employer to comply with this Article or any part thereof may be treated by the Local as a breach of the working agreement between the Local and the defaulting Employer; and notwithstanding other provisions of this Agreement (Arbitration Article XVII, or otherwise to the contrary, immediate work stoppage and use of picket lines against such defaulting Employer are permitted. Any cost, inclusive of legal fees, incurred by the Local, or the Funds, in the collection of obligations to make payment due the Welfare, Pension, Annuity, Annuity & Savings, Cooperative Trust and Apprentice Program Funds shall be borne by the defaulting Employer.



*Section 8.* Notwithstanding any termination or cancellation under this Agreement or otherwise, the obligations of this Article and of the several Declarations of Trust shall be deemed continuous and the Health and Welfare Fund, Pension Fund, Annuity Fund, Annuity & Savings Fund, Cooperative Trust and Apprentice Program Fund shall not be discontinued pending negotiations of a new Agreement.

*Section 9.* The Health & Welfare, Pension, Annuity, Annuity & Savings, Cooperative Trust and Apprentice Program Funds shall be respectively administered by three (3) Trustees appointed and/or elected by the Local and three (3) Trustees appointed by the Association (unless it shall be mutually agreed to decrease the number of Trustees or to consolidate the Welfare Fund, Pension Fund, Annuity Fund, Annuity & Savings Fund, Cooperative Trust and Apprentice Program Fund with the Funds respective of other similar Funds) under one or more Agreements and Declarations of Trust as they are or shall be executed by such Trustees.

*Section 10.* The Welfare Fund shall be used for the purpose of providing health and welfare benefits for employees covered by this Agreement and their dependents by means of insurance or otherwise at the discretion of the Trustees.

*Section 11.* The Pension Fund shall be used for the purpose of providing pension benefits for employees

covered by this Agreement by means of insurance or otherwise at the discretion of the Trustees.

*Section 12.* The Annuity Fund shall be used for the purpose of providing pension benefits for employees covered by this Agreement by means of Annuity contracts or otherwise at the discretion of the Trustees.

*Section 13.* The Annuity & Savings 401(k) Fund shall be used to assist the members in attaining their savings objectives.

*Section 14.* The Apprentice Program Fund shall be used for the purpose of providing and defraying costs of apprenticeship or other training programs.

*Section 15.* The Cooperative Trust shall be used for the purposes set forth in the Trust Agreement establishing said Trust.

*Section 16.* An Employer shall have the option of contributing or not contributing to the Joint Labor/Management Cooperative Trust and/or the Foundation For Fair Contracting of Massachusetts as provided herein. In the event the Employer opts not to contribute to either or both of the above named Funds, the amount of such contribution shall be added to the hourly wage rates contained herein. Each signatory Association may exercise this option for its members; non-association Employers shall exercise this option on an individual basis.

*Section 17.* From time to time the Building Committee, established to provide for increased industry requirements, shall determine what additional



Employer contributions, if any, are required to keep the Apprentice Program Fund fiscally sound.

*Part Two – Article XII*

## LIABILITY INSURANCE

Each Employer shall, without cost to the employee, provide Liability Insurance coverage in the amount of $300,000 to $500,000 for all employees covered by this Agreement.

*Part Two – Article XIII*

## OVERLOADED OR IMPROPERLY REGISTERED VEHICLES

*Section 1.* No employee shall be held responsible for equipment not properly registered or because a permit was not obtained under any applicable law or regulation or for overloading a vehicle or for operating a vehicle or other equipment which is overloaded. In any such case, the Employer will assume the legal costs involved in the defense of the employee and shall pay any fines or other assessments levied against the employee. The Employer shall reimburse the employee for any working time lost in connection with any such proceeding.

*Section 2.* In the event the employee's operating license is suspended for reasons stated herein, the Employer shall be liable for the work opportunity lost at no less than his regular earnings.

*Part Two – Article XXIII*

TERMINATION

*The terms and conditions of the Agreements between the Labor Relations Division – Construction Industries of Massachusetts, the Foundation & Marine Contractors Association of New England, Inc., the Building Trades Employers Association of Boston and Eastern Massachusetts, the Labor Relations Division of the Associated General Contractors of Massachusetts, Inc., and the International Union of Operating Engineers Local 4 and its Branches, effective June 1, 1999, shall continue to and include May 31, 2003. These Agreements shall continue to be effective from year to year thereafter unless either party to an Agreement, at least sixty (60) days prior to May 31, 2003, or prior to May 31st in any year thereafter gives notice in writing to the other party of its intention to terminate said Agreement and request that negotiations be entered into for its alteration or amendment.*

*In the event that the parties hereto cannot reach an agreement at least thirty (30) days prior to May 31st of any year, such party shall give notice of the failure to reach such agreement to the Federal Mediation Service and the Massachusetts Board of Conciliation and Arbitration.*



FOR THE EMPLOYERS

The Labor Relations Division
Construction Industries of Massachusetts, Inc.

The Foundation & Marine
Contractors Association of New England, Inc.

The Building Trades Employers
Association of Boston and
Eastern Massachusetts, Inc.

The Labor Relations Division
Associated General Contractors of
Massachusetts, Inc.

FOR THE UNION

*William P. Ryan*, Business Manager

Business Representatives

*Paul J. Hayes*

*Robert W. Leatherbee*

*John C. Panaro*

*Louis G. Rasetta*

*Kevin N. Ryan*

*Norman A. Teed*

*Stephen L. Wyman*

# INTERNATIONAL UNION of OPERATING ENGINEERS – LOCAL #4

Wage Settlement June 1, 1999 – May 31, 2003

## WAGE SCHEDULE EFFECTIVE 12/01/99

## MASSACHUSETTS

| Classification | 6/1/99* | 12/1/99* | 6/1/00* | 12/1/00* | 6/1/01* | 12/1/01* | 6/1/02* | 12/1/02* |
|---|---|---|---|---|---|---|---|---|
| GROUP I | $26.77 | $27.01 | $27.79 | $28.53 | $29.41 | $30.29 | $31.27 | $32.25 |
| Daily Rate (Per Hour) | 29.96 | 30.29 | 31.16 | 32.00 | 32.99 | 33.97 | 35.07 | 36.17 |
| GROUP Ia (Boom length) | | | | | | | | |
| Over 150 feet | $ 1.17 | $ 1.21 | $ 1.24 | $ 1.28 | $ 1.32 | $ 1.35 | $ 1.40 | $ 1.44 |
| Over 185 feet | 2.06 | 2.12 | 2.18 | 2.24 | 2.31 | 2.38 | 2.45 | 2.53 |
| Over 210 feet | 2.89 | 2.97 | 3.06 | 3.14 | 3.24 | 3.34 | 3.45 | 3.55 |
| Over 250 feet | 4.38 | 4.51 | 4.64 | 4.77 | 4.91 | 5.06 | 5.23 | 5.39 |
| Over 295 feet | 6.07 | 6.24 | 6.42 | 6.60 | 6.81 | 7.01 | 7.24 | 7.46 |
| Over 350 feet | 7.07 | 7.27 | 7.48 | 7.69 | 7.93 | 8.16 | 8.43 | 8.69 |
| GROUP Ib | $29.96 | $30.29 | $31.16 | $32.00 | $32.99 | $33.97 | $35.07 | $36.17 |
| GROUP Ic | $27.77 | $28.01 | $28.79 | $29.53 | $30.41 | $31.29 | $32.27 | $33.25 |
| GROUP II | $26.60 | $26.83 | $27.61 | $28.34 | $29.21 | $30.09 | $31.06 | $32.04 |
| GROUP III | $21.11 | $21.19 | $21.80 | $22.38 | $23.07 | $23.76 | $24.52 | $25.29 |



| Classification | 6/1/99* | 12/1/99* | 6/1/00* | 12/1/00* | 6/1/01* | 12/1/01* | 6/1/02* | 12/1/02* |
|---|---|---|---|---|---|---|---|---|
| GROUP IV | | | | | | | | |
| a. Fireman | $23.69 | $23.85 | $24.54 | $25.18 | $25.96 | $26.74 | $27.60 | $28.47 |
| b. Other than TC/Gradall | 17.84 | 17.83 | 18.34 | 18.82 | 19.40 | 19.98 | 20.62 | 21.27 |
| c. TC or Gradall | 19.42 | 19.46 | 20.02 | 20.54 | 21.17 | 21.81 | 22.51 | 23.22 |
| d. Daily Rate (TC) | 20.99 | 21.07 | 21.67 | 22.24 | 22.93 | 23.61 | 24.38 | 25.14 |
| e. Scow Rate | 20.91 | 20.98 | 21.59 | 22.15 | 22.83 | 23.52 | 24.28 | 25.04 |
| Daily Rate Differential | | | | | | | | |
| GROUP II | $ 2.28 | $ 2.35 | $ 2.42 | $ 2.48 | $ 2.56 | $ 2.64 | $ 2.72 | $ 2.81 |
| GROUP III | $ 1.44 | $ 1.48 | $ 1.52 | $ 1.57 | $ 1.62 | $ 1.66 | $ 1.72 | $ 1.77 |
| Tunnel Differential | $ 1.77 | $ 1.82 | $ 1.87 | $ 1.92 | $ 1.98 | $ 2.04 | $ 2.11 | $ 2.18 |
| Health & Welfare | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 | 4.00 |
| Pension | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 | 3.82 |
| Apprenticeship | 0.30 | 0.30 | 0.30 | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 |
| Annuity | 2.50 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| Foundation for Fair Contracting | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| Joint Labor/Management Cooperation Trust | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits |

OTHER: Dues Assessment: 1¼% deducted from total Wage and Benefit Package; Social and Political Action Committee, 5¢ per hour.

*The Local may, at its option, utilize parts of these increments for increases to Health & Welfare, Pension, Annuity, Social and Political Action Committees, Dues Deduction, and the Foundation for Fair Contracting.

GROUP I**

Alpine Miners
Asphalt Plant on site
Augers & Lo-Drills
Backhoes (Excavators)
Bobcats when used as Front End Loaders
Boring Machines
Cable Ways
Cement Concrete Pavers
Cherry Pickers
Concrete Batching and/or Mixing Plants on site
Cranes
Crusher Plants on site
Derrick Boats
Derricks
Draglines
Elevating Graders
Elevator Towers
Fork Lifts
Front End Loaders
Gradalls
Hoisting Engines
Hoists
Lighters
Mechanical Hoist Pavement Breakers
Micro-Tunneling Boring Machines
Mucking Machines
Paving Concrete Mixers
Pile Drivers
Post Hole Diggers
Post Hole Hammers
Power Shovels
Pumpcrete Machines
Road Headers
Rotary Drills
Shaft Hoists
Shovel Dozers
Shovels
Soil Mix Machines
Steam Engines
Three Drum Machines
Timber Jacks
Trench Hoes
Trenching Machines
Truck Cranes
Two or more Drum Machines
Uke Loaders
Waste Water Plants

Daily Rate: (per hour), Same as Group 1b.
Truck Cranes
Fork Lifts
Cherry Pickers
Combination Hoe/Loader (Case 580 type machine)

**See Attached Schedule of Wages



GROUP Ia (Boom Lengths)

Hourly added wages for boom lengths (including jib)
Over 150 feet
Over 185 feet
Over 210 feet
Over 250 feet
Over 295 feet
Over 350 feet

See Attached Schedule of Wages

These rates are applicable to cranes on roof or similar elevated positions. Engineers receiving any of the above wage rates shall be paid such rate for the full payroll period, even though the boom is shortened. (See Part One, Article VII, Sections 11, and 12).

GROUP Ib**

Master Mechanics
Foreman Mechanics

GROUP Ic**

Conventional (cable controlled) Clam Shell and Slurry Buckets
Heading Mechanics

**See Attached Schedule of Wages

## GROUP II**

Asphalt Pavers
Ballast Regulators
Bobcats when used as Bulldozers
Bulldozers
Cal Tracks
Cold Planers
Concrete Mixers with side loaders
Concrete Pumps
Directional Drilling Machines
Edgers
Graders
Grinders
Grout Pumps
John Henrys
Locomotives or machines used in place thereof
Mechanics, Maintenance
Mulching Machines
Paving Concrete Finishing Machines
Paving Screed Machines
Portable Steam Boilers
Portable Steam Generators
Rail Anchor Machines
Reclaimers
Rollers
Scrapers
Sonic or Vibratory Hammers
Spreaders
Stationary Steam Boilers
Swinger Engines
Switch Tampers
Tampers, Self-propelled or Tractor Drawn
Tandem Scrapers
Tire Trucks (when operated by Employer on job site)
Track Mounted, Self-Unloading Material Movers (with dozer blade)
Tractors
York Rakes

**See Attached Schedule of Wages



## GROUP III**

Augers-Powered by independent engines and attached to Pile Drivers
Compressors
Concrete Mixers
Concrete Vibrators
Conveyors
Generators
Heaters (power driven) (1-5)
Hydraulic Saws
Industrial Fork Lifts/ Chisel Trucks (hoisting not over 9 feet)
Jackson Type Tampers
Lighting Plants
Pump(s) (1-3 grouped)
Single Diaphragm Pumps
Syphons-Pulsometers
Track Mounted, Self-Unloading Material Movers
Valves Controlling Permanent Plant Air Steam
Welding Machines(s) (1-3 grouped)
Wellpoint Systems (operating)

**See Attached Schedule of Wages

GROUP IV** Assistant Engineer

a. Assistant Engineer: Fireman
b. Assistant Engineer: Apprentices (other than Truck Cranes or Gradalls)
c. Assistant Engineer: Apprentices (on Truck Cranes or Gradalls)
d. Assistant Engineer: Daily Rate (Truck Cranes)
e. Scow Rate

**See Attached Schedule of Wages

- Machines grouped shall be within 200 feet.
- Any machine not expressly mentioned in the schedule shall be included in the appropriate grouping.
- High Speed Electric Conveyors, (See Part One 1, Article VII, Section 3.

- HELICOPTERS: Whenever a helicopter is used in hoisting and lifting, it shall be manned by a member of the Local at a rate to be established, if and when such type of operation is instituted.
- HAZARDOUS WASTE: Engineers required to work in the HOT ZONE will receive a $2.00 an hour wage differential.



## TERMINATION

The terms and conditions of this Agreement between the LABC RELATIONS DIVISION—CONSTRUCTION INDUSTRIES ( MASSACHUSETTS, and the International Union of Operating En neers Local 4 and its Branches, effective June 1, 1999, were nego ated to terminate on May 31, 2003.

The parties to this Agreement have agreed, and the Local Unio membership at a special Notified Meeting on November 20, 20( approved, a two year extension of the terms and conditions of tl Contract, together with the schedule of wages appended to this s nature page. The Agreement shall now continue to and include M 31, 2005.

This Agreement shall continue to be effective from year to y thereafter unless either party, at least sixty (60) days prior to May 2005, or prior to May 31st in any year thereafter gives notice in wı ing to the other party of its intention to terminate said Agreem and request that negotiations be entered into for its alteration amendment.

In the event that the parties hereto cannot reach an agreement least thirty (30) days prior to May 31st of any year, such party sl give notice of the failure to reach such agreement to the Fed Mediation Service and the Massachusetts Board of Conciliation Arbitration.

## WITNESS TO CONTRACT EXTENSION

*IN WITNESS WHEREOF, the parties hereto have caused these presents i signed by their duly authorized representatives, and have affixed hereto the sea their respective organizations, this twenty-fifth day of November, 2002.*

| FOR THE LABOR RELATIONS DIVISION CONSTRUCTION INDUSTRIES OF MASSACHUSETTS | FOR THE UNION |
|---|---|
| JOHN D. O'REILLY, III<br>By: | WILLIAM P. RYAN<br>Business Manager |
| COUNSEL<br>Title: | LOUIS G. RASETTA<br>President |
| November 26, 2002<br>Date: | NORMAN A. TEED<br>Recording Secretary |
| | November 25, 2002<br>Date: |

## CONTRACT EXTENSION

## TERMINATION

The terms and conditions of this Agreement between the FOUNDATION & MARINE CONTRACTORS ASSOCIATION OF NEW ENGLAND, and the International Union of Operating Engineers Local 4 and its Branches, effective June 1, 1999, were negotiated to terminate on May 31, 2003.

The parties to this Agreement have agreed, and the Local Union's membership at a special Notified Meeting on November 20, 2002, approved, a two year extension of the terms and conditions of this Contract, together with the schedule of wages appended to this signature page. The Agreement shall now continue to and include May 31, 2005.

This Agreement shall continue to be effective from year to year thereafter unless either party, at least sixty (60) days prior to May 31, 2005, or prior to May 31st in any year thereafter gives notice in writing to the other party of its intention to terminate said Agreement and request that negotiations be entered into for its alteration or amendment.

In the event that the parties hereto cannot reach an agreement at least thirty (30) days prior to May 31st of any year, such party shall give notice of the failure to reach such agreement to the Federal Mediation Service and the Massachusetts Board of Conciliation and Arbitration.

## WITNESS TO CONTRACT EXTENSION

*IN WITNESS WHEREOF, the parties hereto have caused these presents to be signed by their duly authorized representatives, and have affixed hereto the seals of their respective organizations, this twenty-fifth day of November, 2002.*

| *FOUNDATION & MARINE CONTRACTORS ASSOCIATION OF NEW ENGLAND* | *FOR THE UNION* |
|---|---|
| *P.A. O'NEILL*<br>By: | *WILLIAM P. RYAN*<br>Business Manager |
| *PRESIDENT*<br>Title: | *LOUIS G. RASETTA*<br>President |
| November 27, 2002<br>Date: | *NORMAN A. TEED*<br>Recording Secretary |
| | November 25, 2002<br>Date: |



## CONTRACT EXTENSION

## TERMINATION

The terms and conditions of this Agreement between the LABOR RELATIONS DIVISION OF THE ASSOCIATED GENERAL CONTRACTORS OF MASSACHUSETTS, and the International Union of Operating Engineers Local 4 and its Branches, effective June 1, 1999, were negotiated to terminate on May 31, 2003.

The parties to this Agreement have agreed, and the Local Union's membership at a special Notified Meeting on November 20, 2002, approved, a two year extension of the terms and conditions of this Contract, together with the schedule of wages appended to this signature page. The Agreement shall now continue to and include May 31, 2005.

This Agreement shall continue to be effective from year to year thereafter unless either party, at least sixty (60) days prior to May 31, 2005, or prior to May 31st in any year thereafter gives notice in writing to the other party of its intention to terminate said Agreement and request that negotiations be entered into for its alteration or amendment.

In the event that the parties hereto cannot reach an agreement at least thirty (30) days prior to May 31st of any year, such party shall give notice of the failure to reach such agreement to the Federal Mediation Service and the Massachusetts Board of Conciliation and Arbitration.

## WITNESS TO CONTRACT EXTENSION

*IN WITNESS WHEREOF, the parties hereto have caused these presents to be signed by their duly authorized representatives, and have affixed hereto the seals of their respective organizations, this twenty-fifth day of November, 2002.*

| *FOR THE LABOR RELATIONS DIVISION OF THE ASSOCIATED GENERAL CONTRACTORS OF MASSACHUSETTS* | *FOR THE UNION* |
|---|---|
| *DAVID P. POWELL*<br>By: | *WILLIAM P. RYAN*<br>Business Manager |
| *DIRECTOR OF LABOR RELATIONS*<br>Title: | *LOUIS G. RASETTA*<br>President |
| November 26, 2002<br>Date: | *NORMAN A. TEED*<br>Recording Secretary |
| | November 25, 2002<br>Date: |

## CONTRACT EXTENSION

## TERMINATION

The terms and conditions of this Agreement between the BUILDING TRADES EMPLOYERS ASSOCIATION OF BOSTON AND EASTERN MASSACHUSETTS, and the International Union of Operating Engineers Local 4 and its Branches, effective June 1, 1999, were negotiated to terminate on May 31, 2003.

The parties to this Agreement have agreed, and the Local Union's membership at a special Notified Meeting on November 20, 2002, approved, a two year extension of the terms and conditions of this Contract, together with the schedule of wages appended to this signature page. The Agreement shall now continue to and include May 31, 2005.

This Agreement shall continue to be effective from year to year thereafter unless either party, at least sixty (60) days prior to May 31, 2005, or prior to May 31st in any year thereafter gives notice in writing to the other party of its intention to terminate said Agreement and request that negotiations be entered into for its alteration or amendment.

In the event that the parties hereto cannot reach an agreement at least thirty (30) days prior to May 31st of any year, such party shall give notice of the failure to reach such agreement to the Federal Mediation Service and the Massachusetts Board of Conciliation and Arbitration.

## WITNESS TO CONTRACT EXTENSION

*IN WITNESS WHEREOF, the parties hereto have caused these presents to be signed by their duly authorized representatives, and have affixed hereto the seals of their respective organizations, this twenty-fifth day of November, 2002.*

*FOR THE BUILDING TRADES EMPLOYERS ASSOCIATION OF BOSTON AND EASTERN MASSACHUSETTS*

*THOMAS J. GUNNING*
By:

*EXECUTIVE DIRECTOR*
Title:

November 26, 2002
Date:

*FOR THE UNION*

*WILLIAM P. RYAN*
Business Manager

*LOUIS G. RASETTA*
President

*NORMAN A. TEED*
Recording Secretary

November 25, 2002
Date:

# INTERNATIONAL UNION of OPERATING ENGINEERS – LOCAL #4

## Wage Settlement Extension To May 31, 2005

| Classification | 6/1/02 | 12/1/02 | 6/1/03* | 12/1/03* | 6/1/04* | 12/1/04* |
|---|---|---|---|---|---|---|
| GROUP I | $30.57 | $31.12 | $32.20 | $33.14 | $34.31 | $35.49 |
| Daily Rate (Per Hour) | 34.37 | 35.04 | 36.25 | 37.32 | 38.64 | 39.96 |
| GROUP 1a (Boom length) | | | | | | |
| Over 150 feet | $ 1.40 | $ 1.44 | $ 1.49 | $ 1.54 | $ 1.59 | $ 1.64 |
| Over 185 feet | 2.45 | 2.53 | 2.61 | 2.70 | 2.79 | 2.88 |
| Over 210 feet | 3.45 | 3.55 | 3.67 | 3.79 | 3.92 | 4.05 |
| Over 250 feet | 5.23 | 5.39 | 5.57 | 5.75 | 5.95 | 6.14 |
| Over 295 feet | 7.24 | 7.46 | 7.71 | 7.96 | 8.23 | 8.51 |
| Over 350 feet | 8.43 | 8.69 | 8.98 | 9.27 | 9.59 | 9.90 |
| GROUP Ib | $34.37 | $35.04 | $36.25 | $37.32 | $38.64 | $39.96 |
| GROUP Ic | $31.57 | $32.12 | $33.20 | $34.14 | $35.31 | $36.49 |
| GROUP II | $30.36 | $30.91 | $31.98 | $32.91 | $34.07 | $35.24 |
| GROUP III | $23.82 | $24.16 | $25.01 | $25.72 | $26.63 | $27.56 |
| GROUP IV | | | | | | |
| a. Fireman | $26.90 | $27.34 | $28.29 | $29.11 | $30.14 | $31.18 |
| b. Other than TC/Gradall | 19.92 | 20.14 | 20.85 | 21.43 | 22.20 | 22.98 |
| c. TC or Gradall | 21.81 | 22.09 | 22.87 | 23.50 | 24.35 | 25.20 |
| d. Daily Rate (TC) | 23.68 | 24.01 | 24.85 | 25.56 | 26.47 | 27.39 |
| e. Scow Rate | 23.58 | 23.91 | 24.75 | 25.45 | 26.36 | 27.27 |



| Classification | 6/1/02 | 12/1/02 | 6/1/03* | 12/1/03* | 6/1/04* | 12/1/04* |
|---|---|---|---|---|---|---|
| Daily Rate Differential | | | | | | |
| GROUP II | $2.72 | $2.81 | $2.90 | $3.00 | $3.10 | $3.20 |
| GROUP III | $1.72 | $1.77 | $1.83 | $1.89 | $1.95 | $2.02 |
| Tunnel Differential | $2.11 | $2.18 | $2.25 | $2.32 | $2.40 | $2.48 |
| Health & Welfare | 4.75 | 4.75 | 4.75 | 4.75 | 4.75 | 4.75 |
| Pension | 3.82 | 4.25 | 4.25 | 4.40 | 4.40 | 4.40 |
| Apprenticeship | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 | 0.30 |
| Annuity | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 | 3.00 |
| Foundation for Fair Contracting | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| Joint Labor/Management Cooperation Trust | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits | Add 2% of Wage & Benefits |

OTHER: Dues Assessment: 1¼% deducted from total Wage and Benefit Package; Social and Political Action Committees, $0.05 per hour.

*The Local may, at its option, utilize parts of these increments for increases to Health & Welfare, Pension, Annuity, Social and Political Action Committees, Dues Deduction, and the Foundation for Fair Contracting.

•HAZARDOUS WASTE: Engineers required to work in the HOT ZONE will receive a $2.00 an hour differential.

Case 1:04-cv-12324-EFH Document 1-4 Filed 11/02/2004 Page 13 of 17



# INDEX


| | Part | Article | Section | Page |
|---|---|---|---|---|
| ASSOCIATED GENERAL CONTRACTORS ..... | C | | | 39 |
| BUILDING TRADES EMPLOYERS ASSOCIATION ....... | C | | | 39 |
| CONSTRUCTION INDUSTRY of MASSACHUSETTS .... | A | | | 19 |
| FOUNDATION and MARINE CONTRACTORS ..... | B | | | 28 |
| APPRENTICESHIP ...... | One | VI | | 8 |
| Classification ......... | One | VI | 4 | 9 |
| Crane Rental Industry ... | One | VI | 7 | 10 |
| Fringe Benefit Plans .... | One | VI | 5 | 10 |
| Graduate Apprentices .... | One | VI | 7 | 10 |
| Hoisting Machines ..... | One | VI | 1&6 | 8&10 |
| Lay Off ........... | One | VI | 2 | 8 |
| Probationary ........ | One | VI | 5 | 10 |
| Ratio ............. | One | VI | 1 | 8 |
| Step Rate Increase ...... | One | VI | 4 | 9 |
| Transfers ........... | One | VI | 8 | 10 |
| ARBITRATION ....... | Two | XVII | | 62 |
| American Arbitration Association ........ | Two | XVII | 2 | 62 |
| Board of Interpretation ... | Two | XVII | 2 | 62 |
| Plan for Settlement ..... | Two | XVII | 5 | 63 |
| Umpire ........... | Two | XVII | 3 | 62 |
| AUGERS ............ | B | IV | 3 | 31 |

| | Part | Article | Section | Page |
|---|---|---|---|---|
| BENEFIT FUNDS ........ | Two | XI | | 54 |
| Annuity Fund ........ | Two | XI | 12 | 58 |
| Apprentice Fund ....... | Two | XI | 14 | 58 |
| Cooperative Trust ...... | Two | XI | 15-16 | 58 |
| Pension Fund ......... | Two | XI | 11 | 57 |
| Welfare Fund ......... | Two | XI | 10 | 57 |
| 401(k) Fund ......... | Two | XI | 13 | 58 |
| BOILER INSPECTION LAWS ............ | C | V | 25 | 48 |
| BOOM LENGTHS | | | | |
| Computing .......... | One | VII | 11 | 13 |
| Roofs/Elevated Positions .. | One | VII | 12 | 14 |
| Luffing Booms ........ | One | VII | 11 | 13 |
| Tower Cranes ......... | One | VII | 11 | 13 |
| BUILDING COMMITTEE .. | Two | XI | 17 | 58 |
| CABS ............... | One | VII | 5 | 12 |
| CAISSONS ............ | B | IV | 5 | 32 |
| CHANGING FACILITIES .. | One | VII | 20 | 15 |
| ........... | A | V | 5 | 25 |
| CHISEL TRUCKS ....... | One | VII | 15 | 14 |
| CLAM SHELLS ........ | One | VII | 10 | 13 |
| COFFEE BREAKS ....... | C | V | 28 | 48 |
| COMPRESSORS ........ | One | VII | 19 | 15 |
| CONVEYORS ......... | One | VII | 3 | 11 |
| CRANE CAPACITY ...... | One | V | 3 | 7 |
| CRANE CERTIFICATION .. | One | V | 5 | 8 |
| DAILY RATE on TRUCK CRANES | | | | |
| AGC/BTEA .......... | C | V | 29 | 49 |
| CIM ............. | A | IV | 10 | 24 |
| FMC ............. | B | IV | 17 | 36 |





| | Part | Article | Section | Page |
|---|---|---|---|---|
| DELINQUENT FRINGE PAYMENTS ......... | Two | XI | 4 | 55 |
| DISCRIMINATION ...... | One | II | 4 | 3 |
| DRILL SHAFT OPERATIONS ........ | B | IV | 5 | 32 |
| DRILL ATTACHMENTS ... | B | IV | 5 | 32 |
| DUES DEDUCTION ..... | Two | XIV | 1 | 60 |
| EMPLOYEE TRANSPORTATION ... | B | IV | 22 | 37 |
| EQUIPMENT .......... | One | VII | 9 | 13 |
| Assembly ........... | One | VII | 9 | 13 |
| Breakdown .......... | A | IV | 4 | 22 |
| .......... | B | IV | 18 | 36 |
| .......... | C | V | 10 | 44 |
| Erection ............ | One | VII | 9 | 13 |
| Fabrication .......... | One | VII | 9 | 13 |
| Maintenance ......... | One | VII | 9 | 13 |
| Moving ............ | One | VII | 9 | 13 |
| Moving (Providing Transportation) – CIM | A | IV | 12 | 24 |
| Moving (Providing Transportation) – FMC | B | IV | 22 | 37 |
| Repair ............. | One | VII | 9 | 13 |
| Welding ............ | One | VII | 9 | 13 |
| ERECTION OF EQUIPMENT ........ | C | V | 20 | 47 |
| ESCORT VEHICLES ..... | One | VII | 7 | 13 |
| .......... | C | VI | 1b | 49 |
| EXTRA MACHINE ...... | C | V | 17 | 46 |
| FANS, SUMMER & WINTER ........... | One | VII | 5 | 12 |

| | Part | Article | Section | Page |
|---|---|---|---|---|
| FIREMAN | B | IV | 9&10 | 34 |
| | C | V | 23 | 48 |
| FLOATING EQUIPMENT | B | IV | 12 | 34 |
| FOREMAN MECHANIC | A | IV | 6 | 23 |
| Working With Tools | A | IV | 6 | 23 |
| FORTY (40) HOUR GUARANTEE | One | VIII | 1 | 15 |
| FOUNDATION FOR FAIR CONTRACTING | Two | XI | 16 | 58 |
| FOUNDATION FOR FAIR CONTRACTING | Two | XVI | | 61 |
| GREASE TRUCKS | One | VII | 6 | 12 |
| HARMONY | One | V | 2 | 7 |
| HAZMAT CLEANUPS | One | VII | 14 | 14 |
| HEADING MECHANICS | A | V | 7 | 26 |
| HEATERS | | | | |
| Grouped | C | V | 18 | 46 |
| On Equipment | One | VII | 5a | 12 |
| | B | IV | 15 | 36 |
| | C | V | 22 | 47 |
| Power Driven | One | VII | 2 | 11 |
| HIGH WINDS | One | X | 3 | 18 |
| HOISTING MACHINES | One | V | 1 | 7 |
| Apprentice Engineers | One | VI | 6 | 10 |
| Apprentice Ratio | One | VI | 1 | 8 |
| Engineer Only | One | V | 1 | 7 |
| HOLIDAYS | One | IV | 1-7 | 5&6 |
| HOURS | | | | |
| AGC/BTEA | C | III | 1-5 | 41 |
| Rented Equipment | C | VI | 4 | 51 |
| CIM | A | II | 1-3 | 20 |
| FMC | B | II | 1-6 | 29 |





| | Part | Article | Section | Page |
|---|---|---|---|---|
| INCLEMENT WEATHER | One | X | 1-3 | 18 |
| INDIVIDUAL EXCAVATORS | One | V | 4 | 7 |
| INDUSTRIAL FORK LIFTS | One | VII | 15 | 14 |
| JURISDICTION | C | II | | 40 |
| JURISDICTIONAL DISPUTE PLAN | Two | XVII | 5 | 63 |
| LEADS | B | IV | 1-4 | 30-32 |
| LIABILITY INSURANCE | Two | XII | | 59 |
| LIGHTERS | B | IV | 12 | 34 |
| LOCKOUTS | One | II | 5 | 4 |
| LOW WATER WORK | B | II | 6 | 30 |
| MAINTENANCE ENGINEERS | B | IV | 7 | 33 |
| Lighted Traffic Signs | A | IV | 13 | 25 |
| Wellpoint Systems | C | V | 12 | 44 |
| MASTER MECHANICS | | | | |
| Not Required – CIM | A | IV | 1 | 22 |
| Not Required – FMC | B | IV | 20 | 37 |
| Operating | C | V | 11b | 44 |
| Shift Work | A | IV | 6 | 23 |
| With Six or More Engineers | A | IV | 5 | 23 |
| With Six or More Engineers | B | IV | 19 | 36 |
| With Six or More Engineers | C | V | 11 | 44 |
| MATERIAL MOVERS | One | VII | 16 | 14 |
| MEMBERSHIP REQUIREMENTS | One | II | 3 | 3 |
| MEMORANDUM OF AGREEMENT | Two | XXI | | 68 |

| | Part | Article | Section | Page |
|---|---|---|---|---|
| NEW EQUIPMENT | One | VII | 13 | 14 |
| OFF SHIFT | A | IV | 8 | 24 |
| ORDINARY REPAIRS | C | V | 9 | 43 |
| OVERTIME | | | | |
| AGC/BTEA | C | IV | | 42 |
| CIM | A | III | 1-2 | 21 |
| FMC | B | III | | 30 |
| OWNER/OPERATORS | One | III | 3 | 4 |
| PAY DAY | C | V | 4-7 | 43 |
| PICKET LINES | A | IV | 9 | 24 |
| PILE DRIVERS | B | IV | 1-4 | 30-32 |
| PLANT AIR or STEAM | B | IV | 7 | 33 |
| | C | V | 12 | 44 |
| POLITICAL ACTION COMMITTEE | Two | XV | 1 | 60 |
| PRIME SOURCE of SKILLED LABOR | One | II | 2 | 2 |
| PUMPS | One | VII | 1 | 11 |
| Single Diaphragm (2 hours a day) | B | IV | 13 | 35 |
| | C | V | 14 | 46 |
| Single Diaphragm (Grouped) | B | IV | 14 | 35 |
| | C | V | 15 | 46 |
| Submersible Electric | One | VII | 18 | 15 |
| | B | IV | 8 | 34 |
| | C | V | 13 | 45 |
| RENTED EQUIPMENT | C | VI | 1-8 | 49-52 |
| ROBOTIC CONTROLLED EQUIPMENT | One | VII | 14 | 14 |
| SATURDAYS & SUNDAYS | One | X | 1-3 | 18 |
| SAFETY and EDUCATION | One | V | 5 | 8 |





| | Part | Article | Section | Page |
|---|---|---|---|---|
| SAVINGS CLAUSE | | | | |
| AGC/BTEA | C | VIII | | 53 |
| CIM | A | VII | | 27 |
| FMC | B | VI | | 38 |
| SCHEDULE OF WAGES | Two | XXIV | | 72 |
| SCOPE OF AGREEMENT | | | | |
| AGC/BTEA | C | VII | | 52 |
| CIM | A | | VI | 26 |
| FMC | B | V | 1-2 | 37 |
| SCOPE OF EMPLOYMENT | | | | |
| CIM | A | I | 1-3 | 19 |
| FMC | B | I | | 28 |
| SCOWS | B | IV | 12b | 35 |
| SHAFTS & TUNNELS | A | V | 1-7 | 25 |
| SHIFTS | | | | |
| AGC/BTEA | C | III | 4&5 | 41 |
| CIM – Two Shifts | A | II | 3 | 21 |
| – Three Shifts | A | IV | 7 | 23 |
| – Shafts & Tunnel Work | A | V | 1 | 25 |
| FMC | B | II | 4-5 | 29 |
| SLURRY BUCKETS | One | VII | 10 | 13 |
| SOCIAL ACTION COMMITTEE | Two | XV | 1-2 | 60-61 |
| SOLE and EXCLUSIVE AGENCY | One | II | 1 | 2 |
| SONIC HAMMERS | One | VII | 4 | 12 |
| Crane Without Leads | B | IV | 1 | 30 |

| | Part | Article | Section | Page |
|---|---|---|---|---|
| STARTING TIMES | | | | |
| Assistant Engineer/ Apprentice — AGC/ BTEA | C | V | 21 | 47 |
| Assistant Engineer/ Apprentice — CIM | A | III | 2 | 21 |
| Assistant Engineer/ Apprentice — FMC | B | IV | 11 | 34 |
| STEWARDS | One | IX | 1-3 | 17-18 |
| STRAIGHT OR BROKEN TIME, DAILY RATE | B | IV | 16 | 36 |
| | C | V | 2 | 42 |
| STRIKES | One | II | 5 | 4 |
| SUBSISTENCE | B | IV | 21 | 37 |
| | C | V | 24 | 48 |
| Rented Equipment | C | VI | 1 | 49 |
| SWINGER ENGINES | B | IV | 12a | 35 |
| TERMINATION | Two | XXIII | | 70 |
| TEST PILE WORK | One | VIII | 1e | 17 |
| TIDE WORK | B | II | 6 | 30 |
| TOOLS | | | | |
| Furnishing | A | IV | 3 | 22 |
| Safekeeping | A | IV | 11 | 24 |
| TRAVEL & SUBSISTENCE | C | VI | 1 | 49 |
| TRAVELING TIME | C | V | 1 | 42 |
| VIBRATORY HAMMERS | One | VII | 4 | 12 |
| Crane Without Leads | B | IV | 1 | 30 |
| WELDING MACHINES | One | VII | 17 | 15 |
| WELLPOINT SYSTEMS | | | | |
| Assembling & Connecting | B | IV | 7 | 33 |
| Installation & Dismantling | One | VII | 8 | 13 |
| Maintenance Engineers | C | V | 12 | 44 |





| | Part | Article | Section | Page |
|---|---|---|---|---|
| WIND BREAKERS | One | VII | 5B | 12 |
| WITNESS | | | | |
| AGC/BTEA | C | IX | | 53 |
| CIM | A | VIII | | 27 |
| FMC | B | VII | | 38 |
| WORK STOPPAGE | A | IV | 9 | 24 |
| WORK REQUIRED ON MACHINE | C | V | 10 | 44 |
| WORK WEEK | One | VIII | | 15 |
| Completion of Work | One | VIII | 1a | 15 |
| Guarantee 40 Hours | One | VIII | 1 | 15 |
| Layoff | One | VIII | 1d | 16 |
| Payroll Period | One | VIII | 1c | 16 |
| Quitting | One | VIII | 2 | 17 |
| Rehire | One | VIII | 1d | 16 |
| Straight Time | One | VIII | 1 | 15 |
| Termination Clause | One | VIII | 3 | 17 |
| Test Pile Work | One | VIII | 1e | 17 |
| Winter Shut Down | One | VIII | 1b | 16 |
| WORKERS COMPENSATION | Two | XXII | | 69 |

CONTRACT EXTENSION — Construction Industries of Massachusetts . . . 79

CONTRACT EXTENSION — Foundation and Marine Contractors . . . 80

CONTRACT EXTENSION — Associated General Contractors . . . 81

CONTRACT EXTENSION — Building Trades Employers Association . . . 82

WAGE SETTLEMENT EXTENSION . . . 84