# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)
DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

* Also Admitted to the
  New Hampshire Bar

**Also Admitted to
  the California Bar

December 9, 2003

BY CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND FIRST CLASS MAIL
Laurie Larson
Travelers Casualty Insurance
One Tower Square - 14CZ
Hartford, CT 06183

Re:     Bond No.:     103316488
       Contractor:    ODF/Hoon/Peabody, Joint Venture
       Owner:       Massachusetts Housing Finance Agency
       Job:          MHFA Project Academy Homes II
       Claimants:    International Union of Operating Engineers Local 4 Funds and
                          International Union of Operating Engineers Local 4

Dear Ms. Larson:

      This letter serves as notice of a claim by the International Union of Operating Engineers Local 4 Funds and International Union of Operating Engineers Local 4 for at least $65,927.41 in fringe benefit contributions owed by ODF Contracting Co., Inc. for work performed on the above mentioned job between May and October 25, 2003. This figure does not take into account contributions that ODF may owe for work performed on the job prior to May or for work performed after October 25. Neither does it include contributions owed for the week of September 6, 2003, as the certified payroll records for that week were not provided to the Funds for review.

Thanking you in advance for your prompt attention to this matter, I am

Very truly yours,

Anne R. Sills

cc:   Gina Alongi
      Jim Bucci
      Steve Cirbee

ARS/ars&ts
3118 03-391/larson-travelers-academy.doc

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7003 1680 0005 0049 1424

Sent To: LAURIE LARSON
Street, Apt. No.; or PO Box No. ACQ96-7 POC
City, State, ZIP+4

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Laurie Larson
   Travelers Casualty Insurance
   One Tower Square - 14CZ
   Hartford, CT  06183

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): CHERYL L. BURRILL
C. Date of Delivery: DEC 1 3 2003
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7003 1680 0005 0049 1424

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)
DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

December 24, 2003

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

<u>BY FAX, CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND FIRST CLASS MAIL</u>
Ted Fish, President
Peabody Construction Co.
536 Granite Street
Braintree, MA  02184

Re:  Bond No.:     103316488
     Contractor:   ODF/Hoon/Peabody, Joint Venture
     Owner:        Massachusetts Housing Finance Agency
     Job:          MHFA Project Academy Homes II
     Claimants:    I.U.O.E. Local 4 Trust Funds and I.U.O.E. Local 4

Dear Mr. Fish:

This letter constitutes notice of a claim by the I.U.O.E. Local 4 Trust Funds and I.U.O.E. Local 4 for $65,927.41 owed by ODF Contracting Co., Inc. for work it performed on the above mentioned job between May 3 and October 25, 2003. This does not include any contributions that might be owed for week ending September 6, 2003, as those records were missing. Neither does the claim cover contributions that may be owed for work performed on this job, if any, after October 25. Please take steps to arrange for payment at your earliest convenience.

Very truly yours,

Anne R. Sills

cc:  Gina Alongi
     Jim Bucci
ARS/ars&ts
3118 03-391/fish-academy.doc

```
*** TRANSMISSION REPORT ***

DEC-24-03 11:53    ID:6177422187              SEGAL/ROITMAN+COLEMAN

JOB NUMBER                                              024
INFORMATION CODE                                        OK
   TELEPHONE NUMBER         17818430879
   NAME(ID NUMBER)          17818430879
   START TIME               DEC-24-03 11:53
   PAGES TRANSMITTED        002        TRANSMISSION MODE       EMMR
   RESOLUTION               STD        REDIALING TIMES         00
   SECURITY                 OFF        MAILBOX                 OFF
   MACHINE ENGAGED          00'41

THIS TRANSMISSION IS COMPLETED.
LAST SUCCESSFUL PAGE        002
```

## SEGAL, ROITMAN & COLEMAN
COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)
DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

### FAX TRANSMITTAL SHEET

DATE: 12/24/03                      TIME: 11:52 AM/PM
TO: Ted Fish                        FAX#: (781) 843-0879
                                    PHONE #: (781) 848-2680
FROM: Anne Sills

Number of pages (including cover sheet): 2

MESSAGE:

_If you do not receive this fax, please notify_ Teresa _at the above telephone number._

The information contained in this transmittal is privileged and confidential. If the reader of this transmittal is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us.

TEL: (617) 742-0208 • FAX: (617) 742-2187



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Ted Fish, President<br>Peabody Construction Co.<br>536 Granite Street<br>Braintree, MA  02184 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7002 3150 0003 3440 5566 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)
DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

December 24, 2003

\* Also Admitted to the
   New Hampshire Bar

\*\*Also Admitted to
   the California Bar

<u>BY FAX, CERTIFIED MAIL, RETURN RECEIPT</u>
<u>REQUESTED AND FIRST CLASS MAIL</u>
Massachusetts Housing Finance Agency
One Beacon Street
Boston, MA  02108

Re:   Bond No.:      103316488
      Contractor:    ODF/Hoon/Peabody, Joint Venture
      Owner:         Massachusetts Housing Finance Agency
      Job:           MHFA Project Academy Homes II
      Claimants:     I.U.O.E. Local 4 Trust Funds and I.U.O.E. Local 4

To whom it may concern:

    This letter constitutes notice of a claim by the I.U.O.E. Local 4 Trust Funds and I.U.O.E. Local 4 for $65,927.41 owed by ODF Contracting Co., Inc. for work it performed on the above mentioned job between May 3 and October 25, 2003. This does not include any contributions that might be owed for week ending September 6, 2003, as those records were missing. Neither does the claim cover contributions that may be owed for work performed on this job, if any, after October 25. Please take steps to arrange for payment at your earliest convenience.

    This letter also serves as a request pursuant to the Freedom of Information Act for copies of certified payroll records submitted by ODF for the period October 25, 2003 to the present.

TEL: (617) 742-0208 • FAX: (617) 742-2187

Thanking you in advance for your prompt attention to this matter, I am

Very truly yours,

*Anne R. Sills*

Anne R. Sills

cc:   Gina Alongi
      Jim Bucci
      Laurie Larson

ARS/ars&ts
3118 03-391/masshousing-academy.doc

✳✳✳ TRANSMISSION REPORT ✳✳✳

DEC-24-03 11:57   ID:6177422187                    SEGAL/ROITMAN+COLEMAN

| | |
|---|---|
| **JOB NUMBER** | 025 |
| **INFORMATION CODE** | OK |
| TELEPHONE NUMBER | 16178541028 |
| NAME(ID NUMBER) | 617 854 1025 |
| START TIME | DEC-24-03 11:56 |
| PAGES TRANSMITTED | 003 |
| TRANSMISSION MODE | EMMR |
| RESOLUTION | STD |
| REDIALING TIMES | 00 |
| SECURITY | OFF |
| MAILBOX | OFF |
| MACHINE ENGAGED | 00'48 |

THIS TRANSMISSION IS COMPLETED.

LAST SUCCESSFUL PAGE      003

---

### SEGAL, ROITMAN & COLEMAN
COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)
DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUÑEZ

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

**FAX TRANSMITTAL SHEET**

DATE: 12/24/03                    TIME: 11:47  (AM)/PM

TO: Mass. Housing Finance Agency     FAX#: (617) 854-1028
                                     PHONE #: (617) 723-0500

FROM: Anne Sills

Number of pages (including cover sheet): 3

MESSAGE:

_If you do not receive this fax, please notify Teresa at the above telephone number._

The information contained in this transmittal is privileged and confidential. If the reader of this transmittal is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original to us.

TEL: (617) 742-0208 • FAX: (617) 742-2187

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7002 3150 0003 3440 5559

Sent To: MASS HOUSING FINANCE AGENCY
3/18/03-391/MASSHOUSING-ACADEMY/DEC.
TO: O.E., MAL 4 TRUST FUNDS VS.
OPF CONTRACTING

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Massachusetts Housing Finance Agency
   One Beacon Street
   Boston, MA  02108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Nickerson
C. Date of Delivery: 12-30-03

D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0003 3440 5559

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540