# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
JACQUELINE M. NUNEZ

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

\* Also Admitted to the
New Hampshire Bar

\*\*Also Admitted to
the California Bar

March 5, 2004

BY CERTIFIED MAIL, RETURN RECEIPT
REQUESTED AND FIRST CLASS MAIL
Laurie Larson
Travelers Casualty Insurance
One Tower Square - 14CZ
Hartford, CT 06183

Re:  Bond No.:      103316488
     Contractor:    ODF/Hoon/Peabody, Joint Venture
     Owner:         Massachusetts Housing Finance Agency
     Job:           MHFA Project Academy Homes II
     Claimants:     International Union of Operating Engineers Local 4 Funds and
                    International Union of Operating Engineers Local 4

Dear Laurie:

      This letter is intended to supplement the claim previously filed by the International Union of Operating Engineers Local 4 Funds and International Union of Operating Engineers Local 4 for at least $65,927.41 in fringe benefit contributions owed by ODF Contracting Co., Inc. for work performed on the above mentioned job between May and October 25, 2003. After reviewing additional certified payroll records, the Funds have determined that $87,242.17 is due through week ending December 27, 2003.

      I never received a proof of claim or response to the Funds' claim, first filed on December 9, 2003. I intend to file suit by the close of business Friday, March 12, 2004, if I have not received a positive response to this letter by that date.

Thanking you in advance for your prompt attention to this matter, I am

Very truly yours,

Anne R. Sills

cc:   Gina Alongi
      Jim Bucci
      Steve Cirbee

ARS/ars&ts
3118 03-391/larson-travelers-academy2.doc



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br>Laurie Larson<br>Travelers Casualty Insurance<br>One Tower Square - 14CZ<br>Hartford, CT  06183 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0005 0049 0854 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540