# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

V.

Travelers Casualty and Surety Company of America,
Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04 12324 EFH**

TO: (Name and address of defendant)

Travelers Casualty and Surety Company of America
One Tower Square
Hartford, CT  06183

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Anne R. Sills, Esquire
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  11-2-04

(BY) DEPUTY CLERK

3118 03-391


AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: December 9th 2004 |
| NAME OF SERVER (PRINT): Leland Sparks | TITLE: Indifferent Person |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Mavric Lebel, paralegal/ Travelers Casualty and Surety One Tower Square, Hartford, CT.

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | 40 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on December 9th 2004
Date

Signature of Server

Address of Server: 34 Connecticut Blvd. East Hartford CT.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure