UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
        Plaintiffs

vs.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
        Defendant

C.A. No. 04-12324 EFH

**VERIFIED REQUEST TO ENTER DEFAULT**

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al, request the Clerk to enter the default of Travelers Casualty and Surety Company of America (hereinafter "Travelers"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

    1)    This action was filed on November 2, 2004.

    2)    Complaint was served on defendant Travelers on December 9, 2004.

    3)    Travelers has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, I.U.O.E. LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,


/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208


**VERIFICATION**

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.


/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

Dated:  January 27, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above Verified Request to Enter Default has been served by first class mail upon Defendant's counsel John McNamara, Esquire at Domestico, Lane & McNamara, LLP, 161 Worcester Road, Framingham, MA  01701 this 27th day of January, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-391/verreqdf.doc