UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4<br>          Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>          Defendant. | C.A. NO. 04-12324EFH |

NOTICE OF APPEARANCE

Please enter the appearance of the undersigned counsel and Domestico, Lane & McNamara, LLP as counsel for Travelers Casualty And Surety Company Of America in the above-captioned matter.

Respectfully submitted,
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA
By their attorneys,

John J. McNamara
BBO No. 557882
Myles C. Beltram
BBO No. 628339
DOMESTICO, LANE & McNAMARA, LLP
161 Worcester Road
Framingham, MA 01701
(508) 626-9000

Dated:

## CERTIFICATE OF SERVICE

I, Myles C. Beltram, hereby certify that the foregoing was served via first class mail, postage prepaid, upon Anne R. Sills, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108 on this _____ day of February, 2005.

_____
Myles C. Beltram