UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4 Plaintiff, v. TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Defendant. | C.A. NO. 04-12324EFH |

DEFENDANT TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA'S
MOTION TO SET ASIDE DEFAULT AND
FOR LEAVE TO FILE ANSWER

Defendant, Travelers Casualty and Surety Company of America ("Travelers"), moves pursuant to Fed. R. Civ. P.55(c) to set aside the default entered on January 27, 2005. As grounds therefore, Travelers states that "good cause" exists to set aside the entry of default and that Travelers has valid and meritorious defenses to the Plaintiff's allegations. In support of this motion, Travelers relies on the accompanying Memorandum of Law and Affidavits of Steven V. Cirbee, Vice President, Project

Management Operations, Marilyn Belyea, Paralegal, and Myles C. Beltram, Esquire, Domestico, Lane & McNamara, LLP.

WHEREFORE, Defendant, Travelers Casualty and Surety Company of America, respectfully request that the default be set aside and that Travelers be granted leave to file its answer. Travelers' proposed answer is attached as Exhibit "A"

### REQUEST FOR ORAL ARGUMENT

Defendant, Travelers Casualty and Surety Company of America, respectfully request that the Court scheduled this matter for oral argument.

### LOCAL RULE 7.1 CERTIFICATION

The undersigned as Counsel for Defendant, Travelers Casualty and Surety Company of America, hereby certifies that they have conferred and attempted in good faith to resolve or narrow the issues. The Court is respectfully referred to the attached correspondence in Exhibit "B."

2

Respectfully submitted,

TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA

By their attorneys,

_____
John J. McNamara
BBO No. 557882
Myles C. Beltram
BBO No. 628339
DOMESTICO, LANE & McNAMARA, LLP
161 Worcester Road
Framingham, MA 01701
(508) 626-9000

Dated:

## CERTIFICATE OF SERVICE

I, Myles C. Beltram, hereby certify that the foregoing was served via first class mail, postage prepaid, upon Anne R. Sills, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108 on this        day of February, 2005.

_____
Myles C. Beltram

3