UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4<br>    Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>    Defendant. | C.A. NO. 04-12324EFH |

## AFFIDAVIT OF STEVEN V. CIRBEE

I, Stephen V. Cirbee, do hereby under oath depose and state as follows:

1. I am a Vice President, Project Management Operations, for Peabody Construction Co., Inc.

2. ODF/Hoon/Peabody, Joint Venture ("Joint Venture") is a general contractor with a principal place of business at 1960 Washington Street, Boston, Massachusetts.

3. The Joint Venture was the general contractor for the public construction project known as "Academy Homes, II, Boston, Massachusetts" (the "Academy Homes, II

Project"). ODF Contracting Co., Inc. ("ODF") was a subcontractor to the Joint Venture for site work on the Academy Homes, II Project.

4. During the course of the Academy Homes, II Project, ODF submitted to the Joint Venture 54-separate requisitions, starting with the period ending 2/28/01 through 5/30/03, which were inclusive of a VENDOR PAYABLE list that stated the vendors to be paid for that particular period ending and the amount to be paid to each.

5. Monthly, the Joint Venture staff would review the amount due to ODF, as compared to the amount to be paid to vendors for services provided on the Academy Homes, II Project, to make sure that ODF was designating sufficient funds for vendors' payments, out of the payment due to ODF for the period.

6. Through June 2002, ODF made payments to vendors, which were listed on the VENDOR PAYABLE List for the Academy Homes, II Project, from ODF Contracting Co., Inc. bank accounts, including but not limited to the following accounts:

ODF Contracting Co., Inc., DBA BOSTON DRAIN JOB - account # 1132322445 - Citizens Bank

ODF Contracting Co., Inc. - account # 1133941580 - Citizens Bank.

7. In order to ensure that ODF's vendors on the Academy Homes II Project, and a separate project known as the Brunswick Gardens project, were being paid, and at the insistence of the Joint Venture, and Peabody Construction Co., Inc. ("Peabody"), a separate bank account, account # 1134915672, was set up at Citizens Bank, for payment solely of ODF vendors for Academy Homes II Project and the Brunswick Gardens Project.

8. The majority, if not all, of ODF's vendor payments for work performed on the Academy Homes II Project and Brunswick Gardens Project, starting in July of 2002, with check # 991, through October 23, 2003 check #1208, were issued through checks drawn on this account for the specific purpose of payment for services provided on the Academy Homes II Project and the Brunswick Gardens Project.

9. The Joint Venture bookkeeper/Peabody bookeeper maintained, at all times in his/her possession, all blank checks for the ODF - Citizens account # 1134915672, and drafted all checks drawn on the account, for signature by O. Dan Fernandez of ODF.

10. The above process was to ensure that the vendors providing services to ODF on Academy Homes II Project and the Brunswick Gardens Project, which ODF had included on the VENDORS PAYABLE list for each billing period, were paid

for their services performed on the those project, and paid in the amount, which was requested on the VENDORS PAYABLE list. This process was also to assure that payments made to ODF vendors, providing services to the Academy Homes II Project and Brunswick Gardens Project, on behalf of ODF were not misapplied to other ODF liabilities, and that all ODF vendor payments for Academy Homes II Project could be identified in an audit, which is a right to the owner under the terms of the Academy Homes II contract with the Joint Venture.

11.  ODF, the Joint Venture and Peabody agreed that any payments drawn on the ODF - Citizens account # 1134915672, were to be applied to balances due on services provided on the Academy Homes II Project and Brunswick Gardens Project, only.

12.  In response to allegations that I.U.O.E. Local 4 was owed outstanding sums by ODF, in January, 2004, Peabody forwarded to Counsel for I.U.O.E. Local 4 an audit of payments made to I.U.O.E. Local 4.

13.  It is Peabody's position that I.U.O.E. Local 4 has been overpaid on the Academy Homes II Project given the fact that some amounts have been applied to ODF's general account with I.U.O.E. Local 4 and not exclusively to the Academy Homes, II Project.

14. In November, 2004, under the provisions of the Davis-Bacon Act, the United States Department of Labor ordered the Massachusetts Housing Finance Agency ("MHFA"), the owner of the project, to withhold the amount of $108,780.81 from the Joint Venture's November 2004 payment for unpaid wages and fringe benefits for Laborers and Operating Engineers employed by ODF Contracting on Academy Homes. Thereafter, MHFA made payment of these funds to the United States Department of Labor, Wage & Hour Division/Boston.

15. Peabody believed that the suit was no longer an active matter due to written confirmation by the Department of Labor that the funds had been paid and due to the Joint Venture's position that I.U.O.E. Local 4 had been over paid.

Signed under the pains and penalties of perjury this _____ day of February, 2005

_____

Stephen V. Cirbee

Vice President, Project Management Operations

Peabody Construction Co., Inc.

**CERTIFICATE OF SERVICE**

    I, Myles C. Beltram, hereby certify that the foregoing was served via first class mail, postage prepaid, upon Anne R. Sills, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108 on this _____ day of February, 2005.

                                                Myles C. Beltram