UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
_____
                                     )
LOUIS G. RASETTA and JOHN J.         )
SHAUGHNESSY, as they are TRUSTEES,   )
INTERNATIONAL UNION OF OPERATING     )
ENGINEERS LOCAL 4 HEALTH AND         )
WELFARE, PENSION AND ANNUITY         )
FUNDS, and LOUIS G. RASETTA and      )
 CHRISTOPHER BARLETTA, as they       )
are TRUSTEES, HOISTING AND           )
PORTABLE ENGINEERS LOCAL 4           )
APPRENTICE AND TRAINING FUNDS and    )
INTERNATIONAL UNION OF               )
OPERATING ENGINEERS, LOCAL 4         )
        Plaintiff,                   )
v.                                   )   C.A. NO. 04-12324EFH
                                     )
TRAVELERS CASUALTY AND SURETY        )
COMPANY OF AMERICA,                  )
                                     )
        Defendant.                   )
_____)
```

## AFFIDAVIT OF MARILYNN BELYEA

I, Marilynn Belyea, do hereby under oath depose and state as follows:

1. I am a Paralegal for Peabody Construction Co., Inc. ("Peabody").

2. Upon examination of the Summons, it appears that service was made upon Travelers on or about December 9, 2004.

3. On or about December 13, 2004, Travelers forwarded a copy of the Summons and Complaint to Peabody Construction Co., Inc. ("Peabody") for a tender of defense.

4.  Peabody received that facsimile, however through oversight Peabody did not forwarded that material to counsel for handling.

5.  Upon discovery of this oversight, on January 25, 2005 Peabody immediately forwarded the Summons and Complaint to Counsel.

Signed under the pains and penalties of perjury this 10th day of February, 2005

_____
Marilynn Belyea, Paralegal

## CERTIFICATE OF SERVICE

I, Myles C. Beltram, hereby certify that the foregoing was served via first class mail, postage prepaid, upon Anne R. Sills, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108 on this ____ day of February, 2005.

_____
Myles C. Beltram