UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4<br>   Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>   Defendant. | C.A. NO. 04-12324EFH |

## AFFIDAVIT OF MYLES C. BELTRAM

I, Myles C. Beltram, do hereby under oath depose and state as follows:

1. I am an associate with Domestico, Lane & McNamara, LLP.

2. This office received a facsimile from Peabody on January 25, 2005 and upon receipt of the same, Counsel for Travelers (and Peabody) telephoned Counsel for I.U.O.E. Local 4 and requested an additional 20 days on Travelers' behalf to answer or otherwise respond to the Complaint.

1

3. Counsel for I.U.O.E. Local 4 agreed to that request conditioned on a response from Peabody regarding amounts owed to I.U.O.E. Local 4 by a different subcontractors (ACT Abatement and Mac's Contracting) on a separate project (Newton High School).

4. Counsel for I.U.O.E. Local 4 seemed to be frustrated over the Newton High School project and given the amount of information discussed on the Newton High School project, Counsel for Travelers noted that would discuss the same with Peabody and respond in a "day or so."

5 Despite that agreement, just two days later, on January 27,2005, Counsel for I.U.O.E. Local 4 filed with this Court a Verified Request to Enter Default.

6. Counsel for I.U.O.E. Local 4 has acknowledged that the United States Government under the provisions of the Davis-Bacon Act had made a substantial payment of $77,633.16 after the filing of the Complaint.

7. Counsel for I.U.O.E. Local 4 has acknowledged that the $108.780.81, which was paid by the United States Government, was split between the Engineers and the Laborers with the Engineers receiving $77,633.16 and Laborers receiving $23,018.63.

8. Upon review of the docket, Default Judgment has not been entered at this time.

Signed under the pains and penalties of perjury this _____

day of February, 2005

_____
Myles C. Beltram, Esq.

## CERTIFICATE OF SERVICE

    I, Myles C. Beltram, hereby certify that the foregoing was served via first class mail, postage prepaid, upon Anne R. Sills, Segal, Roitman & Coleman, 11 Beacon Street, Boston, MA 02108 on this _____ day of February, 2005.

                                          Myles C. Beltram