UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Defendant | C.A. No. 04-12324 EFH |

## VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare Fund, et al, request the Clerk to enter the default of Travelers Casualty and Surety Company of America (hereinafter "Travelers"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1) This action was filed on November 2, 2004.

2) Complaint was served on defendant Travelers on December 9, 2004.

3) Travelers has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, I.U.O.E. LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

## VERIFICATION

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

Dated: January 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Verified Request to Enter Default has been served by first class mail upon Defendant's counsel John McNamara, Esquire at Domestico, Lane & McNamara, LLP, 161 Worcester Road, Framingham, MA 01701 this 27th day of January, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-391/verreqdf.doc

**Other Documents**
1:04-cv-12324-EFH Rasetta et al v. Travelers Casualty and Surety Company of America, Inc.

## United States District Court

### District of Massachusetts

Notice of Electronic Filing

The following transaction was received from Geiman, Gregory entered on 1/27/2005 at 1:17 PM EST and filed on 1/27/2005

**Case Name:** Rasetta et al v. Travelers Casualty and Surety Company of America, Inc.
**Case Number:** 1:04-cv-12324
**Filer:**
**Document Number:** 3

**Docket Text:**
Request for notice of default. (Geiman, Gregory)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=1/27/2005] [FileNumber=831934-0]
[026b1b73ca81f4638382755ef69a6dfd6a8a8655993c6978123d4446bf78b30a210b
7b3686441f3a0b524393cd553b2ca8daaa6d0fc033c4f2717006d6ac5389]]

**1:04-cv-12324 Notice will be electronically mailed to:**

Anne R. Sills    asills@segalroitman.com

**1:04-cv-12324 Notice will not be electronically mailed to:**