AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | *December 9th 2004* |
| NAME OF SERVER *(PRINT)* *Leland Sparks* | TITLE *Indifferent Person* |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: *Maurie Lebel, paralegal/ Travelers Casualty and Surety One Tower Square Hartford, CT-*

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

[ ] Returned unexecuted: _____

_____

_____

[ ] Other *(specify)*: _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES *40* | TOTAL *40* |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on *December 9th 2004*
       Date

Signature of Server

*34 Connecticut Blvd.*
Address of Server *East Hartford CT.*

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure