# United States District Court

_____ DISTRICT OF _____

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
        Plaintiffs

V.

Travelers Casualty and Surety Company of America,
        Defendant

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04 12324 EFH**

TO: (Name and address of defendant)

    Travelers Casualty and Surety Company of America
    One Tower Square
    Hartford, CT  06183

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Anne R. Sills, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

11-2-04

DATE

(BY) DEPUTY CLERK