## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Defendant | C.A. No. 04-12324 EFH |

## PLAINTIFFS' RULE 16.1 (D) STATEMENT

The Plaintiffs respectfully submit this statement in accordance with this Court's Order and Local Rule 16.1 (D).

## I.    DISPUTED ISSUES

1.    What is the extent of defendant Travelers Casualty and Surety Company of America's ("Travelers") liability to Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, et al (the "Funds")?

## II.    PROPOSED PRE-TRIAL SCHEDULE

The Plaintiffs propose the following deadlines in this matter:

Fact discovery deadline:                    September 1, 2005

Expert discovery deadline (if necessary):    December 1, 2005

Amendments to pleadings due:    September 1, 2005

Dispositive Motions/Summary
Judgment filed and served by:    November 1, 2005

### III.    OTHER ELEMENTS

A.    The Plaintiffs offer that a final pretrial conference shall be scheduled after all discovery is complete and a decision is rendered on summary judgment motion(s).

B.    The Plaintiffs do not consent to a trial by a magistrate judge.

C.    The Plaintiffs' Certification is attached as Exhibit A.

D.    The Funds presented a written settlement proposal to Travelers on April 11, 2005 with the expectation that defense counsel will have conferred with their client on the subject of settlement prior to the Scheduling Conference.

E.    The Funds have received payment on their Davis Bacon Act claim for contributions due on the Academy Homes job that is the subject of the above-captioned matter. That payment was in the amount of $77,633.16. Thus, the amount that remains in dispute in this matter is $30,906.33 in fringe benefit contributions, as well as an additional liability for interest, fees, and costs, all of which are due as set forth under the terms of the collective bargaining agreement to which delinquent subcontractor ODF was signatory.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J.
SHAUGHNESSY, as they are TRUSTEES,
I.U.O.E. LOCAL 4 HEALTH AND
WELFARE FUND, et al,
By their attorneys,

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  April 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Plaintiffs' Rule 16.1(D) Statement has been served by first class mail upon Defendant's counsel, Myles C. Beltram, Esquire at Domestico, Lane & McNamara, LLP, 161 Worcester Road, Framingham, MA  01701 this 15th day of April, 2005.

Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 03-391/rule161.doc

3