UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,
Defendant

C.A. No. 04-12324 EFH

## CERTIFICATION

Plaintiffs and their counsel certify herein that they have conferred

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — for the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, I.U.O.E. LOCAL 4 HEALTH AND WELFARE FUND, et al,

Gina Alongi, Administrator

By their attorneys,

_____
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: April ___, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above Certification has been served by first class mail upon Defendant's counsel, Myles C. Beltram, Esquire at Domestico, Lane & McNamara, LLP, 161 Worcester Road, Framingham, MA 01701 this ___ day of April, 2005.

_____
Gregory A. Geiman, Esquire

GAG/gag:krs
ARS 3118 03-391/certifio-travelers.doc

2