UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4<br>         Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,<br><br>         Defendant. | C.A. NO. 04-12324EFH |

JOINT MOTION TO AMEND, IN PART, PHASE I
OF THE PRE-TRIAL SCHEDULE

Plaintiffs, Trustees of the International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al ("I.U.O.E. Local 4") and Defendant, Travelers Casualty and Surety Company of America ("Travelers") jointly request that this Honorable Court amend, in part, Phase I of the Pre-Trial Schedule which presently requires that discovery be served by June 30, 2005 to July 31, 2005. As grounds therefore the parties state that they have been discussing resolution of this matter and that this amendment

1

will further judicial economy.  The parties further state that the granting of this motion will not prejudice any of the parties.

WHEREFORE, Plaintiffs, Trustees of the International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al and Defendant, Travelers Casualty and Surety Company of America ("Travelers") jointly request that this Honorable Court grant their motion and amend, in part, Phase I of the Pre-Trial Schedule so that discovery is required to be served by July 31, 2005.

    Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4
By its attorneys,

/s/ Anne R. Sills
Anne R. Sills
BBO No. 546576
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA 02108
(617) 742-0208

2

Travelers Casualty and
Surety Company of America.
By its attorneys,

_____
John J. McNamara
BBO No. 557882
Myles C. Beltram
BBO No. 628339
Domestico, Lane & McNamara, LLP
161 Worcester Road
Framingham, MA  01701
(508) 626-9000