**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, Defendant | C.A. No. 04-12324 EFH |

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

All parties to this action, through their undersigned counsel, and under Fed. R. Civ. P. 41(a)(1)(ii), stipulate and agree that this action shall be dismissed with prejudice and without costs to any party.  All rights of appeal are hereby waived.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, I.U.O.E. LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Anne R. Sills
Anne R. Sills, Esquire
BBO #546576

Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208


TRAVELERS CASUALTY AND
SURETY COMPANY OF AMERICA,

By its attorneys,

/s/ Myles C. Beltram
John J. McNamara, Esquire
BBO #557882
Myles C. Beltram, Esquire
BBO #628339
Domestico, Lane & McNamara, LLP
The Meadows
161 Worcester Road
Framingham, MA  01701
(508) 626-9000



Dated:  November 30, 2005




## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the above Stipulation of Dismissal has been served by first
class mail upon the defendant's attorneys Myles C. Beltram and John J. McNamara at
Domestico, Lane & McNamara, LLP, The Meadows, 161 Worcester Road, Framingham, MA
01701 this 30th day of November, 2005.

/s/ Anne R. Sills
Anne R. Sills, Esquire



ARS/ts
3118 03-391/stipofdism.doc


2